PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Jackson　　　　　　　　　　　　　　　Cr.: 03-00882-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 37373

Name of Sentencing Judicial Officer: Katherine S. Hayden

Date of Original Sentence: 07/25/05

Original Offense: bank fraud (count 1), conspiracy to defraud United States (count 2)

Original Sentence: 37 months BOP, 3 years supervised release (concurrently)

Type of Supervision: supervised release　　　　　　Date Supervision Commenced: 12/04/07

## PETITIONING THE COURT

[ ]　To extend the term of supervision for　　　Years, for a total term of　　　Years.
[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

You shall pay restitution in the amount of $671,880.00 at a rate of $150 per month. The amounts ordered represent the total amounts due to the victims from these loses. The defendant's restitution obligation shall not be affected by any payments made by other defendants in this case, except that no further payments shall be required after the sums of the amounts actually paid by all defendants has fully satisfied these losses. The following defendant(s) in the following cases may be subject to restitution orders to the same victims for these same losses: Troy Dodson, Docket Number 04-00443-001, Cornel Wilkes, Docket Number 03-00656-001.

## CAUSE

Mr. Jackson is experiencing financial difficulties and is not able to pay the court-imposed restitution at the rate of $150 per month. As of this date, he has paid $1,730. A total restitution balance of $664,845.17 remains outstanding. It is respectfully recommended that Mr. Jackson's payments be reduced to $40 per month.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Kenneth W. Manuel
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 08/04/10

PROB 12B - Page 2
Michael Jackson

THE COURT ORDERS:

[✗] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/17/10
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution in the amount of $671,880 at a rate of $40.00 per month. The amounts ordered represents the total amounts due to the victims from these loses. The defendant's restitution obligation shall not be affected by any payments made by other defendants in this case, except that no further payments shall be required after the sums of the amounts actually paid by all defendants has fully satisfied these losses.

Witness: _____          Signed: _____
United States Probation Officer                                Probationer or Supervised Releasee
Kenneth W. Manuel                                              Michael Jackson

                                    _____
                                              7/23/10
                                              (Date)